1  Dylan B. Carp (State Bar No. 196846)
   Ryan A. Brust (State Bar No. 314580)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California  94111
   Telephone:  (415) 394-9400
4  Facsimile:   (415) 394-9401
   Email:  carpd@jacksonlewis.com
5          Ryan.Brust@jacksonlewis.com

6  Attorneys for Defendant
   RESTAURANTS UNLIMITED, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | GEORGINA DURAN,                          | Case No.  3:17-cv-02181-JCS

12 |           Plaintiff,                     | **STIPULATION OF DISMISSAL**

13 |                                          | Complaint Filed:  March 24, 2017
   |     v.                                   | Date of Removal:  April 19, 2017
14 |                                          | Trial Date:  None Set
   | RESTAURANTS UNLIMITED, INC.
15 | and DOES 1-40,

16 |           Defendants.

17      IT IS HEREBY STIPULATED by and between the parties to this action though their
18 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
19 pursuant to FRCP 41(a)(1).
20

21 Dated: September 8, 2017           JACKSON LEWIS P.C.
22
                                     By:   /s/ Dylan B. Carp
23                                         Dylan B. Carp
                                           Ryan A. Brust
24                                         Attorneys for Defendant
                                           RESTAURANTS UNLIMITED, INC.
25

26 Dated: September 8, 2017                 R. Bernstein
                                            [Bernstein]
27 Dated: Sept. 8, 2017                     [for Plaintiff]
                                            [GEORGINA DURAN]
28

[Seal: IT IS SO ORDERED / Judge Joseph C. Spero / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1
STIPULATION OF DISMISSAL                                  Case No.  3:17-cv-02181-JCS